# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

RUHI REIMER,

        Plaintiff,

v.

QUOTEWIZARD, LLC,

        Defendant.

No.: 2:23-cv-00194-JLR

STIPULATION OF DISMISSAL

## STIPULATION OF DISMISSAL

TO THE CLERK OF COURT:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/ Lorianne Hanson | /s/ Jacob Ginsburg |
| Loianne Hanson, Esquire | Jacob Ginsburg, Esquire (PHV) |
| Bullivant Houser Bailey PC | Kimmel & Silverman, P.C. |
| 925 Fourth Ave. Suite 3800 | 30 East Butler Ave. |
| Seattle, WA 98104 | Ambler, PA 19002 |
| Phone: (206) 292-8930 | Phone: (401) 764-5566 |
| Lorianne.hanson@bullivant.com | jginsburg@creditlaw.com |
| *Attorney for the Defendant* | *Attorney for the Plaintiff* |
| | |
| Date: July 24, 2023 | Matthew J. Cunanan, Esquire |
| | DC LAW GROUP |
| | 12055 – 15th Avenue, Suite B |
| | Seattle, WA 98125 |
| | Phone: (206) 494-0400 |
| | Facsimile: (855) 494-0400 |
| | Matthew@DCLGLawyers.com |

## CERTIFICATE OF SERVICE

I, Jacob Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Lorianne Hanson, WSBA #53388
Bullivant Houser Bailey PC
925 Fourth Ave. Suite 3800
Seattle, WA 98104
Phone: (206) 292-8930
Lorianne.hanson@bullivant.com

DATED:  July 24, 2023              */s/ Jacob Ginsburg*
                                    Jacob Ginsburg, Esquire